STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO.  24 DOS 063

In the matter of

Matthew McCarthy
        Complainant

Against

**FILED**

**JAN 3 0 2026**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

City of Pawtucket/Pawtucket Public Library, City of Pawtucket/Pawtucket Police
Department, Police Officer Badge #157, and Police Officer Badge #198
        Respondents

COMPLAINT

1.    The Complainant is Matthew McCarthy, 75 Matthewson Street, Apt. #110, Cranston, Rhode Island.

2.    The Respondents are City of Pawtucket/Pawtucket Public Library, 13 Summer Street, Pawtucket, Rhode Island, and City of Pawtucket/Pawtucket Police Department, Police Officer Badge #157 and Police Officer Badge #198, 121 Roosevelt Avenue, Pawtucket, Rhode Island.

3.    On September 06, 2023, Matthew McCarthy (hereafter referred to as the Complainant) filed a charge against City of Pawtucket/Pawtucket Public Library, City of Pawtucket/Pawtucket Police Department, Police Officer Badge #157 and Police Officer Badge #198 (hereafter referred to as the Respondents) with the Rhode Island Commission for Human Rights (hereafter referred to as the Commission).  The charge alleged that the Respondents denied the services of, and/or equal access to the accommodations, advantages, facilities, and/or privileges of, a place of public accommodations, and subjected the Complainant to disparate treatment/denial of reasonable accommodation based on his disability, perceived disability, record of disability, and/or association with his service animal, in violation of the Hotels and Public Places Act, Chapter 11-24 of the General Laws of Rhode Island, the Civil Rights of People with Disabilities Act, Chapter 42-87 of the General Laws of Rhode Island, and the Equal Rights to Public Facilities Act, Chapter 40-9.1 of the General Laws of Rhode Island.

4.    The Complainant's allegations, incorporated herein by reference, are found in the attached charge of discrimination.

5.    The Complainant has not filed suit in state or federal court.

6.    The staff has not completed an investigation of the charge.

Complaint
24 DOS 063
Page 2

7.  No Preliminary Investigating Commissioner has determined whether there is probable cause to believe the allegations of the charge.

8.  Rhode Island General Laws Section 28-5-18 requires that the Commission issue a complaint within two years of the filing of a signed and notarized charge in order to hold a hearing on a complaint.

9.  In order to preserve an opportunity for the Complainant and Respondents to present evidence on the allegations of the charge, the Commission is hereby issuing this complaint. The Commission staff will attempt to resolve the case before the scheduled hearing date.

If the Complainant's allegations as contained in the attached charge are true, and if the Respondents do not have a legitimate defense to the allegations, the Respondents have discriminated against the Complainant with respect to denial of the services of, and/or equal access to the accommodations, advantages, facilities, and/or privileges of, a place of public accommodations, and subjected the Complainant to disparate treatment/denial of reasonable accommodation based on his disability, perceived disability, record of disability, and/or association with his service animal, in violation of Chapters 11-24, 42-87 and 40-9.1 of the General Laws of Rhode Island.

WHEREFORE,

The Complainant prays that the Commission will hear the evidence, take testimony, grant him such relief as shall be just and proper, and grant such other relief as will effectuate the purposes of the anti-discrimination laws.

The hearing will take place at the Commission's office, 180 Westminster Street, 3rd floor, Providence, Rhode Island.

Entered this 5th day of September 2025.

FOR THE COMMISSION

Michael D. Évora
Executive Director